UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARK PICOZZI,

    Plaintiff(s),

v.

STATE OF NEVADA, et al.,

    Defendant(s).

Case No. 2:22-cv-00087-APG-NJK

**ORDER**

Plaintiff is proceeding in this action *pro se* and has attempted to initiate this civil case. Docket No. 1. In order to initiate this case, Plaintiff must either pay the filing fee or request authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. Plaintiff has done neither.

Accordingly, **IT IS ORDERED:**

1. No later than February 22, 2022, Plaintiff must either pay the filing fee, accompanied by a copy of this order, or file an Application to Proceed *in Forma Pauperis*.

2. The Clerk of the Court is **INSTRUCTED** to send Plaintiff a blank application form for prisoners.

3. **Failure to comply will result in a recommendation to the District Judge that this case be dismissed for failure to comply with this order.**

IT IS SO ORDERED.

Dated: January 20, 2022

                                              Nancy J. Koppe
United States Magistrate Judge