**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARK PICOZZI, | Case No.: 2:22-cv-00087-APG-NJK |
| Petitioner | **Order Granting Motion to Voluntarily Dismiss Petition** |
| v. | [ECF Nos. 5, 6, 7] |
| STATE OF NEVADA and LUCAS J. GAFFNEY, | |
| Respondents | |

    I ORDER that petitioner Mark Picozzi's motion to voluntarily dismiss his petition for writ of mandamus **(ECF No. 7) is GRANTED**. Picozzi's other motions **(ECF Nos. 5, 6) are DENIED as moot**. The clerk of court is instructed to close this case.

    DATED this 1st day of March, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE