# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARK PICOZZI,<br><br>  Petitioner<br><br>v.<br><br>STATE OF NEVADA and LUCAS J. GAFFNEY,<br><br>  Respondents | Case No.: 2:22-cv-00087-APG-NJK<br><br>**Order Denying Motion to Voluntarily Dismiss as Moot**<br><br>[ECF No. 9] |

I ORDER that petitioner Mark Picozzi's motion to voluntarily dismiss his petition for writ of mandamus **(ECF No. 9) is DENIED as moot** because I already granted his motion to dismiss. ECF No. 8.

DATED this 3rd day of March, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE